FILED'09 JUL 08 12:22 USDC-ORP

DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Kerry Houston**

        **Plaintiff,**

vs.                                                          Civil No. 08-cv-0022-JE

**Commissioner of Social Security**

        **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $6.28, costs in the amount of $10.00, and attorney's fees in the amount of $4,083.81, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 7 day of July, 2009.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**